UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROBERT AUSTIN, individually and on behalf of other similarly situated.<br><br>          Plaintiff,<br>v.<br><br>HOME MARKETING ASSOCIATES, INC. d/b/a PERMASTEEL and JOHN DOE CORPORATION<br><br>          Defendants. | Case No.: 4:20-cv-1083-DPM |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and he intends to file a notice of dismissal within thirty days.

Dated: May 13, 2021.

/s/ Anthony I. Paronich

Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

Jason Ryburn

1

Ryburn Law Firm
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com

2