# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROBERT AUSTIN, Individually, and
On Behalf of Others Similarly Situated     PLAINTIFF

v.     No. 4:20-cv-1083-DPM

HOME MARKETING ASSOCIATES, INC.
d/b/a Permasteel and John Doe Corporation     DEFENDANT

## JUDGMENT

Austin's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 July 2021 to enforce the parties' settlement.

*[signature]*

D.P. Marshall Jr.
United States District Judge

21 May 2021